AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| BRENDON ASHE; | ) Case No. 24-mj-7297-JCB |
| AQIYLA ATHERTON; | ) |
| DARLINE COBBLER; | ) |
| HENRY EZEONYIDO; | ) |
| ARIEL LAMBERT; | ) |
| and CHINENYE NWODIM | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Henry Ezeonyido,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1347 (Health care fraud)

Date: 07/10/2024

*Issuing officer's signature*

City and state: Boston, MA

Honorable Jennifer C. Boal
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*